SEALED

s/ dominicfrank

FILED

May 10 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ ClaudiaCarranza DEPUTY

ORDERED UNSEALED on 05/13/2024 s/ dominicfra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AGUSTIN URIAS,<br>Defendant. | Case No.: **2:24-mj-8398-LR**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about May 2, 2024, within the Southern District of California, defendant Agustin URIAS knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm caliber Ruger handgun; in violation of Title 18, United States Code, Section 922(g)(1).

FELIX OSORIO-RUIZ Digitally signed by FELIX OSORIO-RUIZ Date: 2024.05.09 15:52:26 -07'00'

FELIX OSORIO-RUIZ
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 10th day of May 2024.

HON. LUPE RODRIGUEZ, JR.
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 2, 2024 at approximately 3:00 p.m. patrolling Imperial County Sherriff Deputies observed a bicycle being operated with a passenger on the handlebars, in violation of California Vehicle Code §21204(B). Police also observed the bicycle fail to make a complete stop at the intersection of Hamilton Avenue and Hope Street in El Centro, which is within the Southern District of California. Police initiated a traffic stop of the bicycle based on those violations and made contact with the bicycle rider and the bicycle passenger. The bicycle rider was later identified as Agustin URIAS and the passenger was identified as a female with the initials S.R.

When police asked URIAS for his identification, he stated he did not have identification but could provide police with proof of his identity using his phone. As URIAS leaned forward to show police his phone screen, the baggy sweatshirt URIAS was wearing separated from his waist area and revealed an item bulging from his waistband beneath his shirt. After observing the bulge from beneath URIAS' shirt, police detained URIAS to conduct a weapons pat down. During the weapons pat down, police felt a hard object in URIAS' waistband area and URIAS then quickly squatted down—preventing police from completing the pat down. URIAS refused several police commands to stand up so that police could complete the pat down. Police then arrested URIAS for obstructing, resisting, and delaying a peace officer, in violation of California Penal Code §148.

A search of URIAS incident to arrest revealed a 9mm Ruger firearm within URIAS' waistband. The Ruger was loaded with approximately six rounds of 9mm ammunition. During a post-arrest statement, URIAS stated that he found the firearm.

//

//

//

//

//

//

Records checks on URIAS revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 10/01/2007 | U.S. District Court – Southern District of California | 21 U.S.C. §§952, 960 | 110 Months; 3 Years Supervised Release |
| 4/27/2000 | CASC – El Centro | Cal. H.S. §11379(A) – Transportation of Controlled Substance (Felony) | 120 Days Jail; 3 Years Probation |

The Ruger firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.